**Dated: June 11, 2010**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATE BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
_____

| | | |
|---|---|---|
| IN RE: | * | |
| FRED L. PARRISH, | * | CASE NO. 09-20401 |
| Debtor | | |
| _____ | * | CHAPTER 7 |
| CAROLYN HENRY | * | |
| Plaintiff, | | |
| vs | * | ADV. PROC. NO. 09-00178 |
| FRED L. PARRISH | * | |
| Defendant. | | |

_____

**CONSENT ORDER OF JUDGMENT**
_____

COME NOW the parties and announce their agreement to the Court as follows:

1.)    That Plaintiff, Carolyn Henry, shall have judgment against Defendant, Fred L. Parish in the sum of $109,000.00.

2.)    That Defendant, Fred L. Parrish, shall pay to the Plaintiff, Carolyn Henry, the sum of $150.00 monthly beginning July 1, 2010. That said judgment will not accrue interest as long as said payments are timely made.

3.)   In the event Defendant, Fred L. Parrish, fails to make said payment in the month in which it becomes due, then the full amount of the judgment, less any payments made, the balance shall become immediately due and subject to execution. Further, said balance upon default will accrue interest as any other Tennessee judgment from the first day of the month in which the defaulted payment was due.

IT IS SO ORDERED ADJUDGED AND DECREED.


/s/ Ivan D. Harris, Jr.
IVAN D. HARRIS, JR. (BPR 12654)
Attorney for Plaintiff
352 Poplar View Lane East
Collierville, Tennessee 38017
(901) 853-5055


/s/ Norman Hagemeyer w/permission
NORMAN HAGEMEYER
Attorney for Defendant
6801 Summer Avenue, Suite 106
Memphis, Tennessee 38134